**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 29, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-17-00576-CV

---

## ROB ROY HOMEOWNERS ASSOCIATION, INC.; TRENNIS L. JONES; GROVA L. JONES; DAMON A. DAVIS; AMY E. DAVIS; ZULFIQAR M. SALAM; AND EDWARD NEUSEL, Appellants

### v.

## BRANDYWINE ACQUISITION PARTNERS, LP; G5 TEXAS DEVELOPMENT LLC; JIM GALLEGOS; AND 360 DEVELOPMENT LLC, Appellees

**On Appeal from the 98th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-14-000229**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 8, 2017.

On November 9, 2018, the parties filed a joint motion to set aside or vacate the judgment and remand the cause to the trial court for rendition of judgment in

accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we vacate the judgment signed June 8, 2017, and we remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Justices Busy, Brown, and Jewell.